IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUSAN L. WOOD, | ) | |
| | ) | |
| *Plaintiff* | ) | Case No.: 3:14-cv-00391-TAV-CCS |
| | ) | |
| v. | ) | Chief Judge Thomas A. Varlan |
| | ) | |
| UNITEDHEALTH GROUP, INC., | ) | Magistrate Judge C. Clifford Shirley, Jr. |
| and STANDARD INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| *Defendants* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, SUSAN L. WOOD ("Plaintiff"), and defendants, STANDARD INSURANCE COMPANY ("Standard") and UNITEDHEALTH GROUP, INC. ("UHG") (collectively "Defendants"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint, including all claims against Defendants in the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ John P. Dreiser (with consent)　　　By: /s/ Jacqueline J. Herring
　　Attorney for Plaintiff,　　　　　　　　　　　Attorney for Defendant,
　　Susan L. Wood　　　　　　　　　　　　　　Standard Insurance Company

John P. Dreiser　　　　　　　　　　　　　　　Jacqueline J. Herring (IL 6282246)
Law Offices of Tony Farmer and John Dreiser　SMITH | VON SCHLEICHER + ASSOCIATES
1356 Papermill Pointe Way　　　　　　　　　180 North LaSalle Street, Suite 3130
Knoxville, TN 37909　　　　　　　　　　　　Chicago, Illinois 60601
P 865.584.1211 | F 865.584.1171　　　　　　P 312.541.0300 | F 312.541.0933
john@farmerdreiser.com　　　　　　　　　　jackie.herring@svs-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

John P. Dreiser
Law Offices of Tony Farmer and John Dreiser
1356 Papermill Pointe Way
Knoxville, TN 37909
john@farmerdreiser.com

>*/s/ Jacqueline J. Herring*
>SMITH | VON SCHLEICHER + ASSOCIATES
>180 North LaSalle St. Suite 3130
>Chicago, Illinois 60601
>P 312.541.0300 | F 312.541.0933
>jackie.herring@svs-law.com
>Ill. Bar No. 6282246